James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  510.763.2000
Facsimile:  510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE RYAN AND JAMES RYAN<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No. C 05-05091 SI<br><br>Before the Honorable Susan Illston<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: April 21, 2006<br>Conference Time: 2:00 p.m.<br>Location: Courtroom 10, 19th Floor |

1  Because this case is included on Conditional Transfer Order No. 42 ("CTO-42"), for
2  Multidistrict Litigation Proceeding No. 1596 – *In re Zyprexa Products Liability Litigation*, the Court
3  accepts the parties' joint request to continue the initial Case Management Conference ("CMC") for
4  this case, and accordingly, the initial CMC is continued to  8/25/06  , by which time this
5  case will likely have been transferred to the MDL proceeding. In the event this case is not
6  transferred to the MDL proceeding sufficiently far in advance of the continued date of the initial
7  CMC, the parties shall file a Joint CMC Statement at least 5 court days before the continued date for
8  the initial CMC.

10  IT IS SO ORDERED

12  DATED: _____.

13  _____
    The Honorable Susan Illston

DOCSOAK-9823881.1